## 51663. HYDE v. THE STATE.

DEEN, Presiding Judge.

The appellant has filed no brief and no enumeration of error and has not responded to an order of this court requiring such a filing. The appeal is therefore dismissed under Rule 14 (a) of the Court of Appeals. Furthermore, we have reviewed the record in full and find no error. *Pettiford v. State,* 235 Ga. 622.

*Appeal dismissed. Quillian and Webb, JJ., concur.*

SUBMITTED JANUARY 15, 1976 — DECIDED JANUARY 28, 1976.

Charles Roger Hyde, *pro se.*

*C. B. Holcomb, District Attorney, Arthur K. Bolton, Attorney General, John B. Ballard, Jr., Assistant Attorney General,* for appellee.